# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

141606

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

JANE MORTIMER,
      Plaintiff-Appellee,

v

ALPENA COUNTY PROBATE COURT and
ALPENA COUNTY,
      Defendants-Appellants.

SC: 141606
COA: 290958
Alpena CC: 08-002309-CD

_____/

      On order of the Court, the application for leave to appeal the May 25, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

_____
Clerk